No. 83–1444. MCDERMOTT INC. ET AL. *v.* EXXON CORP. ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1533. TOMLIN *v.* ALABAMA. Sup. Ct. Ala.;

No. 83–5995. WILLIAMS *v.* TEXAS. Ct. Crim. App. Tex.;

No. 83–6334. PUTMAN *v.* GEORGIA. Sup. Ct. Ga.; and

No. 83–6350. MCCORQUODALE *v.* BALKCOM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. Reported below: No. 83–1533, 443 So. 2d 59; No. 83–5995, 668 S. W. 2d 692; No. 83–6334, 251 Ga. 605, 308 S. E. 2d 145; No. 83–6350, 721 F. 2d 1493.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–833. TRANS-CANADA ENTERPRISES, LTD., ET AL. *v.* MUCKLESHOOT INDIAN TRIBE ET AL., 465 U. S. 1049;

No. 83–958. PORT OF TACOMA *v.* PUYALLUP INDIAN TRIBE, 465 U. S. 1049;

No. 83–994. MOLLNOW *v.* CARLTON ET AL., 465 U. S. 1100;

No. 83–5959. FAHEY *v.* CODO ET AL., 465 U. S. 1033; and

No. 83–6187. PLATEL *v.* MAGUIRE, VOORHIS & WELLS ET AL., 465 U. S. 1107. Petitions for rehearing denied.

No. 83–949. STEPNEY *v.* CONNECTICUT, 465 U. S. 1084. Petition for rehearing denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

APRIL 30, 1984

No. 83–1089. RACK & BALL CLUB, INC. *v.* KOREAN PRESBYTERIAN SOUTH CHURCH OF NEW YORK. Appeal from App. Term, Sup. Ct. N. Y., 2d and 11th Jud. Dists., dismissed for want of substantial federal question.

No. 83–5494. IN RE STEPHENS. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.